

FILED
CLERK, U.S. DISTRICT COURT
[date] 2 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 11 CR-00606-CAS |
| Plaintiff, | ORDER OF DETENTION |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| HENRY SANCHEZ - MONTIEL | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of current charges

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | and/or |
| 5 | B. (X) The defendant has not met his/her burden of establishing by |
| 6 | clear and convincing evidence that he/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9 | on: 1) nature of the charges and |
| 10 | 2) Prior criminal record of defendant |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 27, 2011

_[signature]_

UNITES STATES MAGISTRATE JUDGE